STATE of Missouri, Respondent,

v.

Donnie D. WEAVER, Appellant.

No. WD 35941.

Missouri Court of Appeals,
Western District.

Jan. 15, 1984.

L.E. Atherton, Milan, for appellant.

John Ashcroft, Atty. Gen., and Mark A. Richardson, Jefferson City, for respondent.

Before KENNEDY, P.J., and DIXON and CLARK, JJ.

PER CURIAM.

Appeal from jury trial conviction of burglary in the second degree, Section 569.170, RSMo 1978, and sentence to a five-year term of imprisonment.

Affirmed. Rule 30.25(b).